IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD L. DORSEY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:04cv670-WKW |
| | )                       (WO) |
| ALBANY INTERNATIONAL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on February 15, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion for summary judgment (Doc. # 24) is GRANTED, that defendant's motion to strike plaintiff's claim for punitive damages (Doc. # 27) – treated by the court as a motion for summary judgment (see Doc. # 28) – is DENIED as moot, and that this action is DISMISSED with prejudice.

Done this 14th day of March, 2006.

              /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE